**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Case: 1:22-mj-00039
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/23/2022
Description: COMPLAINT W/ ARREST WARRANT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **JOHNSON AYUK** | : | **18 U.S.C. § 201 (Bribery)** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 1791 (Providing or Possessing** |
| | : | **Contraband in Prison)** |
| | : | |
| | : | **FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, Jamie Stranahan, being first duly sworn, hereby depose and state as follows:

**PURPOSE OF AFFIDAVIT**

1.     This Affidavit is submitted in support of a criminal Complaint charging JOHNSON

AYUK ("AYUK"), with Bribery, in violation of 18 U.S.C. § 201(b)(2), and Providing or

Possessing Contraband in Prison, in violation of 18 U.S.C. § 1791(a)(1).  As described further

below, there is probable cause to believe that AYUK, a District of Columbia Department of

Corrections ("DOC") correctional officer and a public official of the District of Columbia,

conspired with others known and unknown, to engage in a bribery scheme in which AYUK

accepted bribe payments in exchange for smuggling contraband into a DOC correctional facility.

**BACKGROUND OF AFFIANT**

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"), Washington

Field Office.  I have been in this position since July 2014 and a FBI employee since August

2010.  I am currently assigned to investigate public corruption, government fraud and civil rights

matters in the District of Columbia.  My primary responsibilities include conducting and assisting

with investigations involving public corruption, fraud, and other related violations of federal criminal law. During my training at the FBI Academy, Quantico, Virginia, I have received training in a variety of investigative and legal matters, including physical surveillance, legal statutes and procedures, financial investigations, confidential source management, Fourth Amendment searches, the drafting of search warrant affidavits, probable cause and digital forensic data analysis. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3.      Unless otherwise stated, the information contained in this affidavit comes from my personal observations, my training and experience, information obtained from other agents, witnesses, and agencies and for the review of various documents, records and reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part only and are not intended to be a verbatim recitation of such statements. The dates and times listed in this affidavit are approximate.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE
*Background*

4.      The Central Detention Facility ("CDF") is a correctional institution operated by the DOC that is used to house adult male detainees awaiting trial, serving a misdemeanor sentence, or in transit to a Bureau of Prisons facility. It is located at 1901 D Street, in Southeast, Washington, D.C.

5.      DOC correctional officers receive training on policies that guide everyday operations. This includes a policy "to minimize the possession and introduction of contraband into

facilities and to detect it when present in the facilities" and "applies to all DOC employees." The objective of this policy is to maintain "[t]he security, safety and orderly operation of all DOC facilities," and entails levying "[a]ppropriate sanctions [] against any individual who possesses, attempts to introduce, introduces or traffics contraband within DOC facilities."

6.      AYUK, has been a DOC employee and correctional officer since April 2021. His only assignment has been in the CDF. His responsibilities include maintaining order and security of the inmates housed in the facility. By virtue of his position at CDF and employment by DOC, AYUK is a public official for purposes of 18 U.S.C. § 201(a)(1).

*Inmate #1 Alleges AYUK Responsible for Smuggling and Violence in NW2*

7.      In January 2022, contraband—including multiple cell phones, a pocketknife, and narcotics[1]—was recovered from a light fixture in the CDF Northwest Two ("NW2") housing unit by DOC corrections officers conducting a search of the area.

8.      In February 2022, an inmate housed at NW2 ("Inmate #1[2]"), reported to DOC Office of Investigative Services (OIS) investigators that as early as October 2021, and on multiple occasions since that time, Inmate #1 acted as a "pickup person" in a scheme to smuggle contraband into NW2. Inmate #1 reported that the contraband that he helped to smuggle into the facility comprised various narcotics, cell phones, and knives, and included the contraband recovered in January from the light fixture.

---

[1] Cellular phones, weapons other than a firearm or destructive device, such as a pocketknife, and controlled substances (Schedule I or II), or narcotics are all "prohibited objects" as defined in 18 U.S.C. § 1791(d)(1).

[2] Other than placing Inmate #1 in protective custody, the government has not provided any benefits or promises to Inmate #1. He is currently charged in District of Columbia Superior Court with, among other offenses, assault with intent to kill while armed.

9.      Inmate #1 identified a DOC correctional officer as involved in the smuggling scheme.  He knew the correctional officer to be a fitness instructor on YouTube and described him as a short black male with a muscular build and shoulder length dreadlocks.  I am aware that this description generally accurately captures AYUK and that a law enforcement database search reveals that AYUK has been the registered agent of "Grinda Fitness LLC" since September 2020. Review of social media accounts associated with AYUK demonstrate that AYUK, under the name Grinda Fitness LLC, appears to provide strength and conditioning coaching services to private clients.  An open-source search returns results for Grinda Fitness in Bowie, Maryland, associated with a phone number that AYUK provided to DOC as his contact number.

10.      Inmate #1 then identified AYUK as the DOC correctional officer involved in smuggling from a photo array.  Inmate #1 reported that AYUK had stated to Inmate #1 that AYUK would smuggle contraband into the facility by concealing the items in his groin area and under compression shorts that he wore beneath his uniform.  Inmate #1 received prior notice from another inmate on days that he obtained contraband from AYUK.  On such days, he would watch AYUK leave the contraband in the NW2 shower area and would retrieve the items from that area.

11.      According to Inmate #1, the contraband that Inmate #1 obtained from AYUK was primarily intended for Inmate #2 and Inmate #3, who were cellmates at the outset of the scheme. Inmate #1 informed that once Inmate #3 was transferred to another facility in late 2021, Inmate #1 continued to retrieve contraband in NW2 from AYUK on behalf of Inmate #2, Inmate #2's brother hereinafter referred to as Inmate #4, and Inmate #5.

12.      Inmate #1 also described a stabbing incident that occurred approximately two months before involving inmates at NW2.  Inmate #1 recently learned from the victim of the stabbing ("Inmate #6"), that Inmate #6 had solicited AYUK about smuggling contraband into

4

NW2 and referenced AYUK doing the same for other inmates.  According to Inmate #1, AYUK told Inmate #5 to handle the situation with Inmate #6 or else he would stop smuggling contraband into the jail for Inmate #5 and his associates.  I am aware that records and surveillance video from DOC are consistent with Inmate #1's allegations.  In particular, on November 16, 2021, Inmate #6 suffered puncture wounds to both shoulders when stabbed by eight inmates, to include Inmate #2, while incarcerated in NW2 on November 16, 2021.  AYUK was one of two correctional officers responsible for monitoring the housing unit at the time of the stabbing.  Although surveillance footage of the incident shows AYUK interacting with multiple inmates before, during, and after Inmate #2's stabbing, who could have been or were involved in the assault, AYUK's incident report regarding the incident identifies Inmate #6 as the only participant.

*January 9, 2022: AYUK Smuggles Contraband into NW2 For Inmate #2 and Others*

13.    Consistent with Inmate #1's allegations, investigators have reviewed video surveillance footage, recorded jail calls, and electronic messages that reveal that AYUK conspired with Inmate #2, Inmate #4, and Individual #1—Inmate #2's un-incarcerated girlfriend—to smuggle contraband into NW2 in exchange for bribes.

14.    For example, on January 6 and 7, Inmate #2, using a monitored DOC phone,[3] discussed with Individual #1 the transfer of a contraband package to AYUK:

      a.    *January 6, 2022*:  At 6:30 p.m., Individual #1 told Inmate #2 that she was going to "text the man and see where he at" and that she "told him to send me the address so I can get that shit."  Individual #1 stated that the individual she was trying to get in touch with was scheduled to work over the

---

[3] A recorded message advises inmates that their conversations on such phones are monitored and recorded.

upcoming weekend.  DOC records establish that AYUK was scheduled to work the weekend of January 8-9, 2022.

    b.   *January 7, 2022*: At 9:42 a.m., Individual #1 reported to Inmate #2, "Last night when I had to go fucking … uh, drop that shit off, my phone was on 2%."  In discussing what she did to the package before dropping it off, Individual #1 said "I compression the thing again"; in a message Inmate #2 sent to Individual #1 on January 8, 2022, Inmate #2 stated that he would "get [Individual #2] to stop past your house & get my compression machine."  In the January 7 call, Individual #1 stated that she left the package at home but had realized it only after arriving at the recipient's home, at which point "he was like, alright, just bring it to the gym."  Individual #1 confirmed she had to "go all the way back home, get the bag," then "go all the way to the gym, that's further than his house" to drop the package off.  Individual #1 stated on the call that she texted the recipient when attempting to meet him.  During the call, Inmate #2 warned Individual #1, "Certain shit you saying, it might not seem obvious to you but it's obvious to other people.  You will be connecting back. That's what you doing . . . I'm talking about watch what you saying."  Individual #1 replied, "Oh. Damn. I'm sorry. I keep forgetting."

15.    Within days of Individual #1's statements to Inmate #2 indicating that she had met with an individual to provide contraband for smuggling, surveillance footage obtained from DOC appears to show AYUK and Inmate #4 smuggling contraband into NW2 around 4:00 p.m. on January 9, 2022.  AYUK was uniformed and responsible for monitoring NW2 at that time.  At

4:08 p.m., AYUK is seen walking into the NW2 shower area when no one else is inside.  Seconds later, Inmate #4 is observed entering the shower area empty-handed.  About one minute after entering, AYUK is captured exiting the shower area and sitting down at a bench in view of the shower area.  Shortly after, Inmate #4 is seen leaving the shower area but now holding a white linen bag that he takes directly to his cell on the upper tier of the unit.

16.     At 4:43 p.m., about thirty minutes after AYUK transferred the contraband package to Inmate #4, Inmate #2 and Individual #1 exchanged messages—with Inmate #2 using a monitored DOC tablet[4]—indicating, as reflected below, that Inmate #4 had received the contraband to transfer to Inmate #2:

> **INDIVIDUAL #1**: Your brother lookin for you , he got your stuff smh[5]
>
> **INMATE #2:** who [nickname][6]???
>
> **INDIVIDUAL #1**: Yea
>
> **INMATE #2**: smfh[7]….slim[8] on some other shit…I ain't tell him do that
>
> **INDIVIDUAL #1**: Your brother said hit him ,
>
> **INDIVIDUAL #1**: He on my phone now ,

17.     At 4:50 p.m., Inmate #2 used a monitored DOC phone to call Individual #1 and further communicate about Inmate #4 transferring contraband to Inmate #2:

> **INMATE #2**: Yea, you said how was on your phone?

---

[4] A warning advises Inmates that their messages on such tablets are being monitored and stored.
[5] "SMH" stands for "Shaking my head."
[6] Based on Inmate #4's first name, this person's sibling relationship to Inmate #2, and the general context of the jail calls between Inmate #2, Individual  #1, and Inmate #4, your Affiant believes this nickname is a reference to Inmate #4.
[7] "SMFH" stands for "Shaking my fucking head."
[8] Based on training and experience, your Affiant is aware that DOC Inmates use the moniker "Slim" to refer to DOC correctional officers.  The term is generic and does not refer to a specific officer.

**INDIVIDUAL #1**: [nickname]

**INMATE #2**: What he want?

**INDIVIDUAL #1**: He got your stuff (stated in a disguised voice)

**INMATE #2**: I know that. But what he call, what he call you, what he say, what he want me . . .

**INDIVIDUAL #1**: He trying to tell you that

**INMATE #2**: You told me that … He ain't trying to tell me, [nickname] trying to ask for something

**INDIVIDUAL #1**: No he not. He trying to figure out how you want to get it.

18.     Inmate #2 then directed Individual #1 to use her phone to connect Inmate #4 on a three-way call.   Individual #1 called Inmate #4 on what is believed to be a non-monitored contraband cellular phone and included him in her recorded call with Inmate #2.  Once connected, Inmate #2 and Inmate #4 engaged in the following dialogue:

**INMATE #2**: Shit what the fucks going to be getting me my shit?

**INMATE #4**: Yea, I dunno . . . he said he came to ... he said he came … and something about

**INMATE #2**: I never told him to give my shit to nobody. What the fuck he did … what, shit he working around there?

**INMATE #4**: For a second yea

**INMATE #2**: So you seen him

**INMATE #4**: Yea

**INMATE #2**: Tell slim, get my stuff back and get my stuff in my hand and if not get my money back.

[…]

**INMATE #2**: If you woulda told me I'd have to holla at my little brother again, I'd say, 'naw, I'm not doing it that way.' The fuck, I know what the fuck has been going on.

**INMATE #4**: That ain't …

**INMATE #2**: Yea. You just basically taking my money. I'm going to put it wherever I want to put it. You just got to get to it.

**INMATE #4**: Uh huh.

**INMATE #2**: Na, that ain't what we agreed upon.

[…]

**INMATE #2**: you just put this (unintelligible) shit anywhere, and saying, 'yea, well you get it from where I put it at.'  Naw. You got the game fucked up.  Fuck is wrong with you man.  Tipped him good as shit.  You ain't ever got to fuck with me again. Give me my shit.

19.    At around 5:10 p.m., Inmate #2 and Individual #1 exchanged the following messages, with Inmate #2 using a monitored DOC tablet:

**INDIVIDUAL #1**: He said how much you want for him to keep one brownie

**INMATE #2**: I'm not doing nothing until I know how IMA getting my shit & I'm not talking about days or weeks later

**INDIVIDUAL #1**: Slim said he want him to hold it until tomorrow .

**INDIVIDUAL #1**: Cause he can't take it back out my house ….

**INMATE #2**: slim never suppose to did no shit like that… he said… that would come str8 to me…how the fuck he think IMA get that from waaayyyy down there & it took almost a month for me to get half of my last shit

**INDIVIDUAL #1**: Slim sayin he goin move it tomorrow

**INMATE #2**: yea aight…I want my stuff tomorrow

**INMATE #2**: no excuses

**INDIVIDUAL #1**: Okay , what you want me to tell your brother ?

**INMATE #2**: I'll holla at him later about anything… cause I'm not doing nothing until I know for sure when I'm getting my shit…or he gonna be given me my $ and my shit back

20.    On January 10, 2022, Inmate #2 and Individual #1 continued to discuss contraband deliveries made by AYUK on January 9, 2022, and in other instances.  That day, Inmate #2

messaged Individual #1 about AYUK, stating, "slim being stupid again & greedy …he tryina fuck with anybody that's tryna spend … he took somebody on [nickname] block some big shit & came to see me empty handed again … smfh."  Individual #1 replied, "So he did it again for somebody else the right way , but dropped your shit anywhere ???! That's goofy he already had that in play that's why he ran it pass you the other day bout somebody else spending yea he greedy[.]"  A similar discussion transpired over a jail call on January 17, 2022, in which Individual #1 informed Inmate #2 that AYUK had texted her to remind Inmate #2 that they still owed him $2,500.  Inmate #2 then referenced another contraband package that AYUK had smuggled with Inmate #4's assistance, which "was short as shit. And I was like man I ain't going to do shit but really but make business or my money back off this business. And that's the shit I never got for a minute. Remember? . . . I just recently got that shipment."

21.     On January 18, 2022, in another jail call between Inmate #2 and Individual #1, Inmate #2 expressed concern that "the whole grocery store business[9] about to crumble" and for his "need to get my company straight."  Inmate #2 informed that DOC officials had recently conducted searches for contraband in the housing unit and that "another dude got caught with a lot of shit."  He then asked Individual #1, "you know why that's bad?", before explaining that if an inmate is found "with a lot of shit on em in the unit . . . they going to go after that unit next . . . [to] know what they got."

22.     On February 13, 2022, Individual #1 acted as a conduit for messages between AYUK and Inmate #2 as reflected in the following message thread between Individual #1 and Inmate #2:

---

[9] Based on training and experience, your Affiant believes that Inmate #2's use of the phrase "the whole grocery store business" is coded language that is actually a reference to his business of selling narcotics and other contraband in DOC.

**INDIVIDUAL #1**: Slim said Tell him I ain't fucking with no one now. Is still hot[10] If anyone say I'm fucking with them they're they crazy or lying and he need to chill I tell him [Unidentified Individual #1] said he still owe me mine and when [Unidentified Individual #2] start back he will have to pay before we continue Tell [Inmate #2] I said him and [nickname] still owe me money and when I start back working with him he will have to pay me first before we continue and he need to chill.

[…]

**INMATE #2**: First & foremost..we been had a talk about this last time & I thought we had a understanding but clearly..you still on the same money hungry ass shit & don't have no fucking loyalty what so ever..slim..what about my package that was short??? […] but I see you don't give a fuck about nothing but a dollar..I should have had that same attitude when I intervened & told these same HOT ASS NIGGAS "YOU" keep fucking with..to keep your name out they mouth before the wrong ears hear it & they come fuck up.. […] nigga I ain't do that shit for money..I did that shit cause I fucked wit you..just like I gave you the heads up when I heard it..but I ain't about to do to much back & forth rapping..ion owe you..so if you saying ain't nothing until I pay you..then that's the end of our business..NEXT..I been getting money over here & as long as I'm over here..IMA keep getting it..

[…]

**INDIVIDUAL #1**:  Slim said And he need to stop sending people to me.  Tell him that, I got him.

**INMATE #2**: my bad bae I was just blown by what slim had said…send him that message plz…

**INMATE #2**: Tell him...for the last time... IMA stand up man...I'm not these clowns that he use to seeing or dealing with over here...I don't run my mouth & I damn sure ain't sending nobody his way

[…]

**INDIVIDUAL #1**:  Slim said Tell him I said we good, and I'm not dealing with no one

**INMATE #2**: Tell slim I said respect…I should be out of this jail in [a timeframe] tops anyway…it was a pleasure… I appreciate the past good business…100

---

[10] Based on training and experience, your Affiant believes that AYUK's use of the phrase "still hot" is a reference to increased enforcement and investigation into contraband smuggling operations in CDF.

## REQUEST TO SUBMIT WARRANT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

23.     I respectfully request, pursuant to Rules 4.1 and 41(d)(3) of the Federal Rules of

Criminal Procedure, permission to communicate information to the Court by telephone in

connection with this Application for a criminal Complaint. In support of this request, I note that

personal appearance before the Court when a viable alternative exists would be inconsistent with

current public health guidance from federal and District of Columbia authorities.  I submit that

Assistant U.S. Attorney Ahmed Baset, an attorney for the United States, is capable of identifying

my voice and telephone number for the Court.

## CONCLUSION

24.     Based on the foregoing, I submit that there is probable cause to believe that AYUK

violated:

a.     18 U.S.C. § 201(b)(2), which makes it a crime for any public official to,

directly or indirectly, corruptly demand, seek, receive, accept, or agree to receive or accept

anything of value personally or for any other person or entity, in return for being influenced in the

performance of an official act or for being induced to do or omit to do any act in violation of the

public official's official duty; and

b.     18 U.S.C. § 1791(a)(1), which makes it a crime to provide an inmate of a

prison a prohibited object, or attempt to do so.

25.     As such, I respectfully request that the court issue an arrest warrant for AYUK.

Respectfully submitted,

_____
SPECIAL AGENT JAMIE STRANAHAN
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me telephonically by Special Agent Stranahan per Fed. R. Crim. P. 41(d)(3) on this 23rd day of February 2022.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE