**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Criminal Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Criminal No: 1:22-MJ-00039** |
| | : | **Prelim. Hrg: 03/10/2022** |
| **JOHNSON AYUK** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### DEFENDANT'S AMENDED UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING SCHEDULED FOR MARCH 10, 2022

**COMES NOW**, Defendant, **JOHNSON AYUK**, by and through John O. Iweanoge and THE IWEANOGES FIRM, PC, his attorneys, respectfully requests that the Court continue the preliminary hearing scheduled for March 10, 2022.  In support of this request, the defendant states:

1.     That on February 24, 2022, the defendant was charged by Information with one count of bribery, in violation of 18 U.S.C. § 201, and one count of providing contraband in a prison, in violation of 18 U.S.C. § 1791.

2.     That on February 24, 2022, at presentment, the defendant was released on high intensity court supervision.  A preliminary hearing was scheduled for March 10, 2022.

3.     That undersigned counsel filed its notice of appearance on March 1, 2022.

4.     That undersigned counsel is in the process of reviewing the allegations and consulting with his client.  Additional time to prepare for the preliminary hearing is thus required.  Accordingly, the defendant requests for the preliminary hearing to be rescheduled to March 31, 2022.

5.      That the government, represented by Assistant United States Attorney Ahmed Baset, does not oppose the continuance.

6.      That the defendant further requests, based on the above representations, that the time period form March 10, 2022, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, as the ends of justice are served by granting of the continuance and outweigh the best interests of the public and defendant in a speedy trial.

**WHEREFORE**, Defendant, **JOHNSON AYUK**, by and through counsel, respectfully requests that this unopposed motion for continuance of the preliminary hearing be granted.

Respectfully Submitted,

Johnson Ayuk
Defendant by Counsel

THE IWEANOGES FIRM, P.C.

By: _____/S/JohnOIweanoge/S/_____
      John O. Iweanoge, II
      IWEANOGE LAW CENTER
      1026 Monroe Street, NE
      Washington, DC 20017
      Phone:  (202) 347-7026
      Fax:     (202) 347-7108
      Email:  joi@iweanogesfirm.com
      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 10th day of March, 2022, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all interested parties and attorneys.

Dated: 10th day of March, 2022.

_\_\_\_/S/JohnOIweanoge/S/_____
John O. Iweanoge, II

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Criminal No: 1:22-MJ-00039** |
| | : | **Prelim. Hrg: 03/10/2022** |
| **JOHNSON AYUK** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Based upon the representations in the Defendant's Amended Unopposed Motion to Continue Preliminary Hearing and to Exclude Time Under the Speedy Trial Act and upon consideration of the entire record, it is hereby

**ORDERED**, that the Motion is **GRANTED**; it is further

**ORDERED**, that the currently scheduled preliminary hearing on March 10, 2022, be continued for good cause to March 31, 2022; and it further

**ORDERED**, that the time between March 10, 2022 and March 31, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C § 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and Defendant in a speedy trial, as a continuance will provide

The parties additional time to review discovery and discuss the case with the defendant.

**SO ORDERED** this _____day of March, 2022.

_____
ZIA M. FARUQI
UNITED STATES MAGISTRATE JUDGE