CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United State of America
PLAINTIFF

*Let this be filed*

Address (No Post Office Boxes)

City    State    Zip Code

*3AM 7-18-23*

VS.

CIVIL ACTION NO. 22-MJ-39

Johnson Lachin Aywk
DEFENDANT

Jury Trial: ☐ Yes  ☒ No

Address (No Post Office Boxes)

City    State    Zip Code

## MOTION

I Johnson Aywk, I am begging to get the criminal complaint against me expunge from my record, thanks in advance, God bless.

RECEIVED
JUL 12 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Signature
Johnson Aywk
Name (if applicable, Prisoner ID No.)

Address/Facility Address

City    State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed